# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION 3

#300014365

FILED-USDC-NDTX-DA
'24 OCT 15 PM1:54
KNb

ROBERT ALLEN BAUTISTA®/AGENT
Plaintiff

3-24CV2593-D

v.

Civil Action No.

PRICEWATERHOUSE COOPERS LLP
Defendant

## COMPLAINT

My employer PRICEWATERHOUSE COOPERS LLP fails to recognize my nationality as per 8 USC 1101(a)(22-23) and 18 USC 11. I was misinformed and attempted to update their incorrect records with my W8BEN and I9 on 8/22/2024. I made multiple attempts to inform correct personnel and yet they continue to perpetuate multiple felonies outlined in 42 USC 408, 18 USC 4. These wrongdoers are perpetuating a human rights violation as per The UN Declaration of Human Rights, Article 15, Section 2. They continue to withhold incorrect taxes from my paycheck and is a direct violation of multiple instances of 18 USC 77 and 42 USC 408. As per my rights under 20 CFR 422.104 I attempted to remove an unauthorized social security number from their records. Pursuant to 42 USC 1994, PEONAGE is abolished and yet they still attempt to traffic and coerce me into peonage. I am requesting civil remedy outlined in 18 USC 1595. I believe that I was discriminated against because of my National Origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. Administrative exhaustion has already been achieved.
SEE EXHIBITS A-G
EXHIBIT A "CLARIFICATION OF NATIONALITY"
EXHIBIT B "CHARGE OF DISCRIMINATION"
EXHIBIT C "DETERMINATION AND NOTICE OF RIGHTS"

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 10/14/2024 |
| Signature | WITHOUT RECOURSE WITHOUT PRESUDICE BY: Robert Allen Bautista /agent   Robert Allen Bautista /attorney-in-fact |
| Print Name | ROBERT ALLEN BAUTISTA® / ATTORNEY-IN-FACT |
| Address | PO BOX 131385 |
| City, State, Zip | DALLAS TX 75313-1385 |
| Telephone | 702-501-9639 |

EXHIBIT A

08/22/24

**RE: Clarification of nationality and novation of all employment contracts**

Hello,

I appreciate the fact that you take your position seriously and I understand that you are trying to protect the company. I am also a member of this company so I appreciate that your actions also are protecting me.

I am issuing a new I-9 to clarify that I am (and always have been) a non-citizen national of the United States. The correct IRS tax form to correctly file given this situation is the W-8BEN form, which has also been submitted with my I-9.

This may appear as though it is something "new," but, in fact, I have been a non-citizen national since birth and simply never knew until recently. I apologize for the confusion. The two areas that really got me to realize the situation are both 8 USC 1401 and 8 USC 1408.

Now, I need to confide in you and let you know that, as per 18 USC 911, I cannot infer that I am a "US citizen" in any way. If you were to force me to falsely represent myself as a "US citizen," then I would have no choice but to report that as a felony.

Very dangerous! We both need to be quite careful in this situation.

My new I-9 and the W-8BEN not only protect us both and the company but also assist the company by releasing the company from having to match the taxes paid. This means we all put more cash in our pockets! You should file a W-8BEN-E form now that you have received my W-8BEN.

Let's get this whole situation safely closed by processing my I-9 and W-8BEN without event. Otherwise, this situation could be construed to be discrimination. You can see the anti-discrimination notice at the top of the I-9 form states:

"**ANTI-DISCRIMINATION NOTICE:** All employees can choose which acceptable documentation to present for Form I-9. Employers cannot ask employees for documentation to verify information in Section 1, or specify which acceptable documentation employees must present for Section 2 or Supplement B, Reverification and Rehire. Treating employees differently based on their citizenship, immigration status, or national origin may be illegal."

I don't want this to become a difficult situation though, so I will do my best to give all the original laws below so you can see everything for yourself (and to put any anxiety this may cause to rest. You don't deserve that):

The I-9 instructions clearly state, in the Lists of Acceptable Documents section, List A, Subsection 1, that a "U.S. Passport or U.S. Passport Card" is all that is needed to prove both identity and employment authorization. You do not need my Social Security number or absolutely any other documents or information.

In fact, 42 USC 408 says that it is a felony for you to force me to disclose the Social Security number at all and is not a necessary part of the employment process AT ALL. I was not previously aware of this.

22 CFR 51.2 states:
"A passport may be issued only to a U.S. national."

"U.S. national" is divided into 2 possibilities, which are covered in 8 USC 1101(a)(22):
"(22)The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

22 USC 212 states:
"No passport shall be granted or issued to or verified for any other persons than those owing allegiance, whether citizens or not, to the United States."

This is exactly why box #2 on the I-9 states "non-citizen national of the United States."

You can have a passport as a citizen or as a non-citizen who owes allegiance to the United States.

(This is the exact mechanism as to how all the "illegal" aliens are crossing the border and living here, by the way. They are all "non-citizen nationals" just like me. And, by the way, we REALLY are treated better than citizens. What you see in the media about us getting special treatment is exactly true... you should be doing this process yourself. If you want me to help you do it, let me know... I would love to help!)

The process of "naturalization" comes from 8 USC 1101(a)(23) and states:
"The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever."

Through the process of naturalization, I hereby confer the nationality of the state called The Amnesty Coalition, upon myself, after birth, by any means whatsoever.

The Amnesty Coalition is a fully recognized nation under 18 USC 11 as well per the definition of "nation":

"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a

nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. III, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

The UN Declaration of Human Rights, Article 15, section 2, states:
"No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."

Any attempt to violate my right to confer or adjust my nationality is a human rights violation, and will be treated as such.

As per 18 USC 4, I will have no option but to report any of these as felonies if we can't rapidly correct this situation.

Also, the Social Security number that was given as part of my employment is also incorrect. I thought that number was for me, only to find out that number was actually for an entirely different person. Please also delete ALL Social Security number related information from your computer regarding me. I can't use it or have it on my file because it would actually be fraud to do so because it is NOT mine. I apologize for giving you this number and I was operating off entirely false information… for that I apologize again.

I'm more than willing to give you the time required to inspect this situation. I know this situation is very new for you and I have spent quite a lot of time trying to understand this all myself. I remember when I first started... I felt like I was lost in a deep rainforest!

I'm here to answer any questions you may have and would be more than happy to assist. But, in order to protect myself and the company from being open to prosecution for felonies, I need the orders in this letter processed in the next 15 days.

Just to recap what needs to happen:
1. Brand new I-9 needs to be processed to convert all accounts over to non-citizen national
2. Brand new W-8BEN to replace ALL previous tax forms. I am not a "U.S. citizen" nor a "U.S. person" or a "resident alien" and if absolutely any documentation says any of those items, it will be felonies
3. Social Security number needs to be purged and deleted from all systems. That number is NOT mine and it is FRAUD (felony) to continue to have it, use it or report it. I do not have a Social Security number

I am willing to sign any affidavits or declarations of indemnity to you and the organization, as needed. I am willing to accept absolute and complete responsibility and indemnify any group or individuals needed in order to make others feel more comfortable completing the above orders. If something needs to be drawn up, just let me know and I would love to talk about it.

Thank you so much for your help and care in this situation.

Warmest Regards,
Robert Allen Bautista

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 450-2024-12014 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. ROBERT A. BAUTISTA | 702-501-9639 | 1991 |

Street Address

PO BOX 131385

DALLAS, TX 75313

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PRICE WATERHOUSE COOPERS  PRICEWATERHOUSE COOPERS LLP | OVER 50000  Under 15 Employees | 214 999 1400 |

Street Address

2001 ROSS AVE STE 1800  2121 N. PEARL ST SUITE 2000

DALLAS 75201

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin | 07/01/2024 | 09/20/2024 |
| | Continuing Action | |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

My employer PRICEWATERHOUSE COOPERS LLP fails to recognize my nationality as per 8 USC 1101(a)(22-23) and 18 USC 11. I was misinformed and attempted to update their incorrect records with my W8BEN and I9 on 8/22/2024. I made multiple attempts to inform correct personnel and yet they continue to perpetuate felonies outlined in 42 USC 408, 18 USC 4. These wrongdoers are perpetuating a human rights violation as per The UN Declaration of Human Rights, Article 15, Section 2. They continue to withhold incorrect taxes from my paycheck and is a direct violation of multiple instances of 18 USC 77 and 42 USC 408. As per my rights under 20 CFR 422.104 I attempted to remove an unauthorized social security number from their records. Pursuant to 42 USC 1994, PEONAGE is abolished and I am requesting civil remedy outlined in 18 USC 1595.

I believe that I was discriminated against because of my National Origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.  WITHOUT RECOURSE  WITHOUT PREJUDICE  PAY TO THE ORDER OF  ROBERT ALLEN BAUTISTA  I declare under penalty of perjury that the above is true and correct.  BY: /Agent  Robert Allen Bautista/attorney-in-fact  *Charging Party Signature* | NOTARY – When necessary for State and Local Agency Requirements  I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (month, day, year) |
|---|---|
| Date  09 / 20 / 2024 | |



**U.S. Equal Employment Opportunity Commission**
**Notification & Acknowledgement of Dual-Filed Charge**

(This Notice replaces EEOC FORM 212-A)

10/03/2024

EEOC Number: 450-2024-12014

FEPA Number:

This is notice that a charge of employment discrimination, Mr. ROBERT A. BAUTISTA v. PRICE WATERHOUSE COOPERS was initially received by Dallas District Office on 10/03/2024 and will be dual-filed with Texas Workforce Commission Civil Rights Division.

Pursuant to the worksharing agreement, the Dallas District Office intends to Investigate Charge.

The Texas Workforce Commission Civil Rights Division acknowledges receipt of the referenced charge, Mr. ROBERT A. BAUTISTA v. PRICE WATERHOUSE COOPERS, and intends to Defer Investigation.

| | |
|---|---|
| Issued by: | Issued on: |
| Dallas District Office | 10/03/2024 |
| | |
| Acknowledged by: | Acknowledged on: |
| Texas Workforce Commission Civil Rights Division | 10/03/2024 |

EXHIBIT C

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/10/2024

**To:** Mr. ROBERT A. BAUTISTA
PO BOX 131385
DALLAS, TX 75313
Charge No: 450-2024-12014

EEOC Representative and email:     JUAN MUNOZ
Intake Supervisor
juan.munoz@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2024-12014.

On behalf of the Commission,

for                    Travis Nicholson
District Director

**Cc:**
Zachary Stern
2001 ROSS AVE STE 1800
Dallas, TX 75201


Please retain this notice for your records.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Dallas District Office**

207 S. Houston Street 3rd Floor
Dallas, TX 75202
Free: (833) 827-2920
ASL: (844) 234-5122
FAX: (214) 253-2710
Website: www.eeoc.gov

10/15/2024

VIA: rbrtbtst16@gmail.com
ROBERT ALLEN BAUTISTA®
PO BOX 131385
DALLAS, TX 75313

Re:     FOIA No.: 450-2025-000618
        Charge No.: 450-2024-12014
        Robert A. Bautista v. Price Waterhouse Coopers

Dear Mr. BAUTISTA:

Your Freedom of Information Act (FOIA) request, received on 10/10/2024, is processed. Our search began on 10/10/2024. All agency records in creation as of 10/10/2024 are within the scope of EEOC's search for responsive records. The paragraph(s) checked below apply.

[ X ]   Your request is granted in part and denied in part. Portions not released are withheld pursuant to the subsections of the FOIA indicated at the end of this letter.

[ X ]   I trust that the furnished information fully satisfies your request. If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact the FOIA Professional who processed your request or our FOIA Public Liaison (see contact information in above letterhead or under signature line).

[**X**]   You may contact the EEOC FOIA Public Liaison Michael L. Heise for further assistance or to discuss any aspect of your request. In addition, you may contact the Office of Government Information Services (OGIS) to inquire about the FOIA mediation services they offer.

        The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free 1-877-684-6448.

        The contact information for the FOIA Public Liaison is as follows: Michael L. Heise, EEOC FOIA Public Liaison, Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M. Street, N.E., Fifth Floor, Washington, D.C. 20507, email to FOIA@eeoc.gov, telephone at (202) 921-2542; or fax at (202) 827-7545.

[**X**]   If you are not satisfied with the response to this request, you may administratively appeal in writing. Your appeal must be postmarked or electronically transmitted in 90 days from receipt of this letter to the Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M Street, NE, 5NW02E, Washington, D.C. 20507, email to FOIA@eeoc.gov; online at https://eeoc.arkcase.com/foia/portal/login, or fax at (202) 827-7545. Your appeal will be governed by 29 C.F.R. § 1610.11.

[  ]   See the comments below.

Sincerely,

450-2025-000618

Rasheedah
McDonald

Digitally signed by
Rasheedah McDonald
Date: 2024.10.15
10:25:58 -05'00'

for

Travis Nicholson
District Director
dallasfoia@eeoc.gov

Applicable Sections of the Freedom of Information Act, 5 U.S.C. § 552(b):

**Exemption(s) Used:**



[ ]  (b)(3)(A)(i)
    [ ] § 706(b)
    [ ] § 709(e)
    [ ] § 107 of the ADA
    [ ] § 207 of the GINA
[ ]  (b)(4)
[ **X** ]  (b)(5)

[ ]  (b)(6)
[ ]  (b)(7)(A)
[ **X** ]  (b)(7)(C)
[ ]  (b)(7)(D)
[ ]  (b)(7)(E)
[ ]  (b)(7)(F)

**(b)(5)**

Exemption (b)(5) to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(5) (2016), as amended by the FOIA Improvement Act of 2016, Pub. L. No. 114-185, 130 Stat. 538, permits withholding documents that reflect the analyses and recommendations of EEOC personnel generated for the purpose of advising the agency of possible action.  This exemption protects the agency's deliberative process and allows nondisclosure of "inter-agency or intra-agency memorandums or letters which would not be available to a party other than an agency in litigation with the agency."  5 U.S.C. § 552(b)(5). The exemption covers internal communications that are deliberative in nature.  National Labor Relations Board v. Sears, Roebuck & Co., 421 U.S. 132 (1975); Hinckley v. United States, 140 F.3d 277 (D.C. Cir. 1998); Mace v. EEOC, 37 F. Supp. 2d 1144 (E.D. Mo. 1999).  The purpose of the deliberative process privilege is to "allow agencies freely to explore alternative avenues of action and to engage in internal debates without fear of public scrutiny." Missouri ex. rel. Shorr v. United States Corps of Eng'rs., 147 F.3d 708, 710 (8th Cir. 1998). Disclosure of preliminary assessments and opinions would create a chilling effect on the Commission staff's ability to freely and openly deliberate and discuss ideas, strategies, and recommendations, thereby impairing the Commission's ability to effectively and efficiently enforce applicable federal EEO laws by investigating charges and complaints, litigating and adjudicating cases, promulgating regulatory and sub-regulatory guidance, conducting outreach and education activities, and other related activities.  Records may be withheld under this exemption if they were prepared prior to an agency's decision, Wolfe v. Dep't of Health and Human Services, 839 F.2d 768, 775, 776 (D.C. Cir. 1988) (en banc) and for the purpose of assisting the agency decision maker.  First Eastern Corp. v. Mainwaring, 21 F.3d 465,468 (D.C. Cir. 1994).  See also, Greyson v. McKenna & Cuneo and EEOC, 879 F. Supp. 1065, 1068, 1069 (D. Colo. 1995).  Records may also be withheld to the extent they reflect "selective facts" compiled by the agency to assist in the decision-making process.  A. Michael's Piano, Inc. v. Federal Trade Commission, 18 F.3d 138 (2d Cir. 1994).  An agency may also withhold records to the extent they contain factual information already obtained by a requester through prior disclosure.  See Mapother, Nevas, et al. v. Dep't of Justice, 3 F.3d 1533 (D.C. Cir. 1993).  DOCUMENTS WITHHELD PURSUANT TO EXEMPTION (b)(5) TO THE FOIA:

**Withheld category code, legal review/recommendation, investigator analysis/notes, recommendations, processing information, deliberative and pre-decisional information: Activity Log page 9 -11; Notes pages 21-23.**
--------------------------------------------------------------------------------------------------------

**(b)(7)(C)**

Exemption (b)(7)(C) to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(7)(C) (2016), as amended by the FOIA Improvement Act of 2016, Pub. L. No. 114-185, 130 Stat. 538, authorizes the Commission to withhold:\n\nrecords or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information . . . (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy . . . .\n\nThe seventh exemption applies to civil and criminal investigations conducted by regulatory agencies.  Abraham & Rose, P.L.C. v. United States, 138 F.3d 1075, 1083 (6th Cir. 1998). Release of statements and identities of witnesses and subjects of an investigation creates the potential for witness intimidation that could deter their cooperation. National Labor Relations Board v. Robbins Tire and Rubber Co., 437 U.S. 214, 239 (1978); Manna v. United States Dep't. of Justice, 51 F.3d 1158,1164 (3d Cir. 1995). Disclosure of identities of employee-witnesses could cause "problems at their jobs and with their livelihoods."  L&C Marine Transport, Ltd. v. United States, 740 F.2d 919, 923 (11th Cir. 1984).\n\nThe Supreme Court has explained that only "[o]fficial information that sheds light on an agency's performance of its statutory duties" merits disclosure under FOIA, and noted that "disclosure of information about private citizens that is accumulated in various governmental files" would "reveal little or nothing about an agency's own conduct."  United States Dep't of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 773 (1989).\n\nFor the purposes of determining what constitutes an unwarranted invasion of personal privacy under exemption (b)(7)(C), the term "personal privacy" only encompasses individuals, and does not extend to the privacy interests of corporations. FCC v. AT&T Inc., 131 S.Ct. 1177, 1178 (2011).

**Withheld passwords: Emails pages 14, 15, and 17; and Notice of Charge page 31.**

-----------------------------------------------------------------------------------------------------------

For a full description of the exemption codes used please find them at the following URL: https://www.eeoc.gov/foia/freedom-information-act-reference-guide

This response was prepared by Rasheedah McDonald, FOIA Coordinator, who may be reached at Rasheedah.McDonald@eeoc.gov or 972-918-3617.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

10/03/2024

**To:** Zachary Stern
2001 ROSS AVE STE 1800

Dallas, TX 75201

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by ROBERT A BAUTISTA under: Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on National Origin, and involve issues of Recordkeeping Violation, Benefits-General Benefits, Other Issue Not Listed Above that are alleged to have occurred on or about 09/20/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access the EEOC's secured online system at https://arc.eeoc.gov/rsp/login.jsf
2. Enter this EEOC Charge No.: 450-2024-12014
3. Enter this password: ██████

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC, including a position statement. The system will also advise you of possible actions or responses and identify your EEOC point of contact for this charge.

The EEOC encourages you to raise in your position statement any factual or legal defenses that you believe are applicable. The EEOC carefully evaluates any asserted defenses, including those based on religion, status as a Tribal entity or bona fide private membership club, or other defenses at any time during the EEOC's administrative process.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding it, you may send an email to dallasintake@eeoc.gov.

**Preservation of Records Requirement When a Charge has Been Filed**

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

**Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

**CHARGE NUMBER**: 450-2024-12014

| Date | Event | Name |
|------|-------|------|
| Mon Oct 14 11:40:18 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:Form 5 Charge of Discrimination 450-2024-12014.msg | rbrtbtst16@gmail.com |
| Mon Oct 14 11:35:37 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:RE_ Form 5 Charge of Discrimination 450-2024-12014.msg | rbrtbtst16@gmail.com |
| Mon Oct 14 11:35:26 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:CHARGE OF DISCRIMINATION.pdf | rbrtbtst16@gmail.com |
| Mon Oct 14 11:34:25 EDT 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | rbrtbtst16@gmail.com |
| Mon Oct 14 11:33:20 EDT 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | rbrtbtst16@gmail.com |
| Mon Oct 14 11:33:18 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:CHARGE OF DISCRIMINATION.pdf | rbrtbtst16@gmail.com |
| Mon Oct 14 11:33:16 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:RE_ Form 5 Charge of Discrimination 450-2024-12014.msg | rbrtbtst16@gmail.com |
| Mon Oct 14 11:33:11 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:Form 5 Charge of Discrimination 450-2024-12014.msg | rbrtbtst16@gmail.com |
| Mon Oct 14 11:27:05 EDT 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | rbrtbtst16@gmail.com |

| Date | Event | Name |
|------|-------|------|
| Mon Oct 14 09:17:17 EDT 2024 | Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | Respondentportal User |
| Mon Oct 14 09:17:15 EDT 2024 | Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | Respondentportal User |
| Mon Oct 14 09:16:12 EDT 2024 | No Action is required from you at this time. | Respondentportal User |
| Mon Oct 14 09:16:10 EDT 2024 | Respondent logged in | Respondentportal User |
| Fri Oct 11 13:59:29 EDT 2024 | No Action is required from you at this time. | Respondentportal User |
| Fri Oct 11 13:59:27 EDT 2024 | Respondent logged in | Respondentportal User |
| Fri Oct 11 12:57:42 EDT 2024 | Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | Respondentportal User |
| Fri Oct 11 12:56:38 EDT 2024 | No Action is required from you at this time. | Respondentportal User |
| Fri Oct 11 12:56:37 EDT 2024 | Respondent logged in | Respondentportal User |
| Fri Oct 11 12:56:24 EDT 2024 | Respondent password changed | Respondentportal User |
| Thu Oct 10 14:34:33 EDT 2024 | FOIA Request 450-2025-000618 received. | Foia User |
| Thu Oct 10 14:21:44 EDT 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | rbrtbtst16@gmail.com |
| Thu Oct 10 12:47:34 EDT 2024 | Emailed PRICE WATERHOUSE COOPERS at angel.duff@pwc.com that a new document is available to download. | Arcapp User |
| Thu Oct 10 12:47:34 EDT 2024 | Emailed Zachary Stern at zachary.stern@pwc.com that a new document is available to download. | Arcapp User |
| Thu Oct 10 12:47:33 EDT 2024 | Emailed Mr. ROBERT A. BAUTISTA at rbrtbtst16@gmail.com that a new document is available to download. | Arcapp User |
| Thu Oct 10 12:47:33 EDT 2024 | Closure Notice/NRTS (450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf) released | JUAN MUNOZ |
| Thu Oct 10 12:47:28 EDT 2024 | Case status changed from Charge Filed to Charge Closed. | JUAN MUNOZ |

| Date | Event | Name |
|------|-------|------|
| Thu Oct 10 12:47:28 EDT 2024 | Charge has been closed with reason No Cause Finding with closure date 10/10/2024. | JUAN MUNOZ |
| Thu Oct 10 12:47:28 EDT 2024 | Closure Supervisor review approved. | JUAN MUNOZ |
| Thu Oct 10 12:47:19 EDT 2024 | Assigned to JUAN MUNOZ for Supervisor Closure review | JUAN MUNOZ |
| Thu Oct 10 12:47:07 EDT 2024 | Supporting Details for recommended charge closure added: see notes | JUAN MUNOZ |
| Thu Oct 10 12:47:07 EDT 2024 | Charge recommended ███████ ████ | JUAN MUNOZ |
| Thu Oct 10 12:46:56 EDT 2024 | Title VII National Origin-Other Recordkeeping Violation closed with No Cause Finding | JUAN MUNOZ |
| Thu Oct 10 12:46:56 EDT 2024 | Title VII National Origin-Other Benefits-General Benefits closed with No Cause Finding | JUAN MUNOZ |
| Thu Oct 10 12:46:56 EDT 2024 | Title VII National Origin-Other Other Issue Not Listed Above closed with No Cause Finding | JUAN MUNOZ |
| Thu Oct 10 12:46:38 EDT 2024 | Uploaded Document. Type: Closure Notice/NRTS, FileName:450-2024-12014 Closure Notice-NRTS - 2024-10-10.pdf | JUAN MUNOZ |
| Thu Oct 10 12:44:39 EDT 2024 | Generated Document. Type: Closure Notice/NRTS, FileName:450-2024-12014_Closure Notice/NRTS.docx | JUAN MUNOZ |
| Mon Oct 07 14:54:25 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:RE_ Form 5 Charge of Discrimination 450-2024-12014.msg | rbrtbtst16@gmail.com |
| Mon Oct 07 14:54:08 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:CHARGE OF DISCRIMINATION.pdf | rbrtbtst16@gmail.com |
| Fri Oct 04 09:01:13 EDT 2024 | Resent email to PRICE WATERHOUSE COOPERS at angel.duff@pwc.com that charge has been perfected. Reason:has not been accessed | AVIE MURRELL |
| Fri Oct 04 09:01:13 EDT 2024 | Resent email to Zachary Stern at zachary.stern@pwc.com that charge has been perfected. Reason:has not been accessed | AVIE MURRELL |

| Date | Event | Name |
|------|-------|------|
| Thu Oct 03 09:09:12 EDT 2024 | Dual filing notification acknowledged by Texas Workforce Commission Civil Rights Division:Defer Investigation | Ninette Ruelas |
| Thu Oct 03 09:09:12 EDT 2024 | Identified Deferral Office Intent by Texas Workforce Commission Civil Rights Division as Defer Investigation | Ninette Ruelas |
| Thu Oct 03 09:07:49 EDT 2024 | General note added. ███████ JFM completed and Non-Disclosable:No. | JUAN MUNOZ |
| Thu Oct 03 09:07:19 EDT 2024 | Emailed Zachary Stern at zachary.stern@pwc.com that charge has been perfected | JUAN MUNOZ |
| Thu Oct 03 09:07:18 EDT 2024 | Uploaded Document. Type: Notice of Charge, FileName:450-2024-12014_NoticeOfChargeOfDiscrimination.pdf | JUAN MUNOZ |
| Thu Oct 03 09:07:16 EDT 2024 | Generated Document. Type: Notice of Charge, FileName:450-2024-12014_NoticeOfChargeOfDiscrimination.pdf | JUAN MUNOZ |
| Thu Oct 03 09:07:15 EDT 2024 | PCHP Supervisor review approved. | JUAN MUNOZ |
| Thu Oct 03 09:07:10 EDT 2024 | Assigned to JUAN MUNOZ for Supervisor PCHP review | JUAN MUNOZ |
| Thu Oct 03 09:07:01 EDT 2024 | Uploaded Document. Type: Notice of Dual-Filed Charge, FileName:450-2024-12014_NoticeOfDualFiledCharge.pdf | Ninette Ruelas |
| Thu Oct 03 09:07:00 EDT 2024 | Generated Document. Type: Notice of Dual-Filing & Acknowledgement of Charge, FileName:450-2024-12014_NoticeOfDualFiledCharge.pdf | Ninette Ruelas |
| Thu Oct 03 09:06:54 EDT 2024 | Dual filing notification acknowledged by Texas Workforce Commission Civil Rights Division:Defer Investigation | Ninette Ruelas |
| Thu Oct 03 09:06:54 EDT 2024 | Identified Deferral Office Intent by Texas Workforce Commission Civil Rights Division as Defer Investigation | Ninette Ruelas |
| Thu Oct 03 09:06:51 EDT 2024 | Pre-Determination Interview note added. Type:Pre-Determination Interview and Non-Disclosable:No. | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | Added Processing Category ███████ ████████████████████████ | JUAN MUNOZ |

| Date | Event | Name |
|------|-------|------|
| Thu Oct 03 09:06:18 EDT 2024 | (b)(5) ▓▓▓▓▓▓▓▓▓▓▓ | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | (b)(5) ▓▓▓▓▓▓▓▓▓▓▓ | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | (b)(5) ▓▓▓▓▓▓▓▓▓▓▓ | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | Added PCHP Category PCHP Assessment to assessment. | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | Processing category justification text is added as see intake notes | JUAN MUNOZ |
| Thu Oct 03 09:06:18 EDT 2024 | Processing Category (b)(5) ▓▓▓▓▓▓▓ | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | Emailed Mr. ROBERT A. BAUTISTA at rbrtbtst16@gmail.com that charge has been Filed | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | Uploaded Document. Type: Charge of Discrimination, FileName:CHARGE OF DISCRIMINATION.pdf | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | Dual filing notification sent to Texas Workforce Commission Civil Rights Division | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | Case status changed from Charge Prepared to Charge Filed. | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | A charge is formalized | JUAN MUNOZ |
| Thu Oct 03 09:05:49 EDT 2024 | Added Charge Particulars - Formalized | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent numberOfEmployees changed to 501+ Employees | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent naicsCode changed to 522110 | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent institutionType added as Private Employer | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent emlState added as Respondent must verify record. | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent emailAddress added as Angel.duff@pwc.com | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent county added as Dallas | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent state added as Texas | JUAN MUNOZ |

| Date | Event | Name |
|------|-------|------|
| Thu Oct 03 09:05:14 EDT 2024 | Respondent country added as UNITED STATES OF AMERICA | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent city changed to Dallas | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent addressLine2 changed to | JUAN MUNOZ |
| Thu Oct 03 09:05:14 EDT 2024 | Respondent addressLine1 changed to 2121 N Pearl St Suite 2000 | JUAN MUNOZ |
| Mon Sep 30 14:44:58 EDT 2024 | Uploaded Document. Type: Correspondence with Charging Party, FileName:RE_ Form 5 Charge of Discrimination 450-2024-12014.msg | JUAN MUNOZ |
| Mon Sep 30 09:47:38 EDT 2024 | Uploaded Document. Type: Correspondence with Charging Party, FileName:Form 5 Charge of Discrimination 450-2024-12014.msg | JUAN MUNOZ |
| Mon Sep 30 09:45:47 EDT 2024 | Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_Charge of Discrimination- Draft.docx | JUAN MUNOZ |
| Mon Sep 30 09:45:19 EDT 2024 | Contact with Charging Party record added | JUAN MUNOZ |
| Mon Sep 30 09:45:13 EDT 2024 | General note added. Type:General and Non-Disclosable:No. | JUAN MUNOZ |
| Fri Sep 20 17:13:54 EDT 2024 | Charging Party Added Comments | rbrtbtst16@gmail.com |
| Fri Sep 20 17:10:00 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_ChargeOfDiscrimination-Draft.pdf | rbrtbtst16@gmail.com |
| Fri Sep 20 17:09:11 EDT 2024 | Viewed Online Inquiry Report Information | rbrtbtst16@gmail.com |
| Fri Sep 20 16:16:55 EDT 2024 | Sent to Charging Party For Review | AVIE MURRELL |
| Fri Sep 20 16:16:54 EDT 2024 | Document properties have been updated. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_ChargeOfDiscrimination-Draft.pdf, Reason:NA | AVIE MURRELL |
| Fri Sep 20 16:16:53 EDT 2024 | Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_ChargeOfDiscrimination-Draft.pdf | AVIE MURRELL |
| Fri Sep 20 16:16:43 EDT 2024 | Uploaded Document. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_ChargeOfDiscrimination-Draft.pdf | AVIE MURRELL |

| Date | Event | Name |
|------|-------|------|
| Fri Sep 20 16:16:41 EDT 2024 | Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2024-12014_ChargeOfDiscrimination-Draft.pdf | AVIE MURRELL |
| Fri Sep 20 16:16:41 EDT 2024 | Case status changed from Inquiry Submitted to Charge Prepared. | AVIE MURRELL |
| Fri Sep 20 16:16:41 EDT 2024 | Prepared Charge of Discrimination for review, signature | AVIE MURRELL |
| Fri Sep 20 16:16:29 EDT 2024 | Added Respondent Contact Information. | AVIE MURRELL |
| Fri Sep 20 10:42:43 EDT 2024 | Added Charge Particulars - Draft | AVIE MURRELL |
| Fri Sep 20 10:42:43 EDT 2024 | Identified Accountable Office Intent as Investigate Charge | AVIE MURRELL |
| Fri Sep 20 10:42:43 EDT 2024 | Selected Deferral Office: Texas Workforce Commission Civil Rights Division | AVIE MURRELL |
| Fri Sep 20 10:41:46 EDT 2024 | Allegation Title VII National Origin-Other Recordkeeping Violation added to case | AVIE MURRELL |
| Fri Sep 20 10:41:46 EDT 2024 | Allegation Title VII National Origin-Other Other Issue Not Listed Above added to case | AVIE MURRELL |
| Fri Sep 20 10:41:46 EDT 2024 | Allegation Title VII National Origin-Other Benefits-General Benefits added to case | AVIE MURRELL |
| Fri Sep 20 10:39:14 EDT 2024 | Intake Interview note added. Type:Intake Interview and Non-Disclosable:No. | AVIE MURRELL |
| Fri Sep 20 10:36:50 EDT 2024 | Contact with Charging Party record added | AVIE MURRELL |
| Fri Sep 20 10:17:59 EDT 2024 | Charge assignee AVIE MURRELL (ENFORCEMENT INVESTIGATOR) viewed charge details. | AVIE MURRELL |
| Fri Sep 20 09:40:43 EDT 2024 | AVIE MURRELL designated as the primary assignee | MICHELINE PHILEMOND |
| Fri Sep 20 09:12:08 EDT 2024 | Viewed Online Inquiry Report Information | rbrtbtst16@gmail.com |
| Thu Sep 19 22:32:47 EDT 2024 | Viewed Online Inquiry Report Information | rbrtbtst16@gmail.com |
| Thu Sep 19 22:32:16 EDT 2024 | Supplemental text updated | rbrtbtst16@gmail.com |
| Thu Sep 19 22:27:16 EDT 2024 | PP user confirms that the Preservation of Evidence has been reviewed | rbrtbtst16@gmail.com |
| Thu Sep 19 22:26:29 EDT 2024 | An Inquiry has been created. | rbrtbtst16@gmail.com |

**Subject:** EEOC Charge 450-2024-12014 Password Changed

**Sent On:** 2024-10-11T12:56:25.279930



### U.S. Equal Employment Opportunity Commission

The EEOC Respondent Portal Password for Charge 450-2024-12014 has been changed by one of the respondent's contacts and/or legal representative for this charge. The new password is ██████ Please use this password the next time you login to the EEOC Respondent Portal.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 450-2024-12014. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 569-4000 and destroy all copies of the original message and attachments.*

**Email To:** zachary.stern@pwc.com,angel.duff@pwc.com

**Subject:** Document Added to EEOC Charge 450-2024-12014

**Sent On:** 2024-10-10T12:47:34.262518



### U.S. Equal Employment Opportunity Commission

A new document was added to EEOC Charge No. 450-2024-12014, Mr. ROBERT A. BAUTISTA v. PRICE WATERHOUSE COOPERS. To view it, sign-in to the EEOC Respondent Portal.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 569-4000 and destroy all copies of the original message and attachments.*

**Email To:** rbrtbtst16@gmail.com

**Subject:** Document Added to EEOC Charge 450-2024-12014

**Sent On:** 2024-10-10T12:47:33.870766

*No Message found*

**Email To:** zachary.stern@pwc.com,angel.duff@pwc.com

# NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

10/04/2024

**To:**   Zachary Stern

2001 ROSS AVE STE 1800 Dallas, TX 75201

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Mr. ROBERT A. BAUTISTA under: Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on National Origin, and involve issues of Benefits-General Benefits, Recordkeeping Violation, Other Issue Not Listed Above that are alleged to have occurred on or about 09/20/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice

1. Access the EEOC's secured online system at **EEOC Respondent Portal**
2. Enter this EEOC Charge No.: **450-2024-12014**
3. Enter this password: ▮▮▮▮▮▮▮

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to dallasintake@eeoc.gov.

## Preservation of Records Requirement When a Charge has Been Filed

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation



## U.S. Equal Employment Opportunity Commission

### FEDERAL INVESTIGATION:
### REQUEST FOR POSITION STATEMENT
### AND SUPPORTING DOCUMENTARY EVIDENCE

The EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for the EEOC's consideration.

We recommend you review the EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

### Fact-Based Position Statement
This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to the EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

The EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, the EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

The EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. The EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, the EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

### Signed by an Authorized Representative
The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

### Segregate Confidential Information into Separately Designated Attachments
If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to the EEOC's investigation.

c. Confidential commercial or financial information

d. Trade se

e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.

f. Any reference to charges filed against the Respondent by other charging parties

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the earliest possible time in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

---

**Email To:** zachary.stern@pwc.com

**Subject:** Notice of Charge of Discrimination

**Sent On:** 2024-10-03T09:07:19.406145

---

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

10/03/2024

**To:**   Zachary Stern

2001 ROSS AVE STE 1800 Dallas, TX 75201

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Mr. ROBERT A. BAUTISTA under: Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on National Origin, and involve issues of Benefits-General Benefits, Recordkeeping Violation, Other Issue Not Listed Above that are alleged to have occurred on or about 09/20/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice

1. Access the EEOC's secured online system at **EEOC Respondent Portal**
2. Enter this EEOC Charge No.: **450-2024-12014**
3. Enter this password: ▮▮▮▮▮▮▮▮▮▮▮▮▮

identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to dallasintake@eeoc.gov.

## Preservation of Records Requirement When a Charge has Been Filed

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.



**U.S. Equal Employment Opportunity Commission**

**FEDERAL INVESTIGATION:
REQUEST FOR POSITION STATEMENT
AND SUPPORTING DOCUMENTARY EVIDENCE**

The EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for the EEOC's consideration.

We recommend you review the EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

## Fact-Based Position Statement

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to the EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

The EEOC also requests that you submit all documentary evidence you believe is responsive to

Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. The EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, the EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

## Signed by an Authorized Representative
The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

## Segregate Confidential Information into Separately Designated Attachments
If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to the EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

    a. Sensitive medical information, except the Charging Party's medical information
    b. Social Security Numbers
    c. Confidential commercial or financial information
    d. Trade secrets information
    e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.
    f. Any reference to charges filed against the Respondent by other charging parties

## Requests for an Extension
If Respondent believes it requires additional time to respond, it must, at the earliest possible time in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal
You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

---

**Email To:** rbrtbtst16@gmail.com
  **Subject:** Confirmation of Charge Receipt
  **Sent On:** 2024-10-03T09:05:49.793518

---

*No Message found*

---

**Email To:** rbrtbtst16@gmail.com

| Created By | Posted On | Contacted | Purpose | Notes |
|---|---|---|---|---|
| JUAN MUNOZ | 9/30/2024 08:45:19 CST | Charging Party | Contact | ████ |
| AVIE MURRELL | 9/20/2024 09:36:50 CST | Charging Party | Contact | intake interview conducted, charge taken. |

| Created By | Posted On | Subject | Notes |
|---|---|---|---|
| 11001790 | JFM completed | 2024-10-03T09:07:49.690671 | |
| 11001788 | Pre-Determination Interview | 2024-10-03T09:06:51.296292 | [redacted] CP was counseled on the laws, statu[t] timelines, and processes for filing a charge. DDO investigative process was explained to CP. CP expressed an understanding of these rights and indicated he would like to move forward with filing the charge. |
| 10994626 | General | 2024-09-30T09:45:13.402826 | [redacted] |
| 10978652 | Charge Particulars - Formalized | 2024-09-20T10:42:43.808558 | My employer PRICEWATERHOUSE COOPERS LLP fails to recognize my nationality as per 8 USC 1101(a)(22-23) and 18 USC 11. I was misinformed and attempted to update their incorrect records with my W8BEN and I9 on 8/22/2024. I made multiple attempts to inform correct personnel and yet they continue to perpetuate felonies outlined in 42 USC 408, 18 USC 4. These wrongdoers are perpetrating human rights violation as per The UN Declaration of Human Rights, Article 15, Section 2. They continu[e] withhold incorrect taxes from my paycheck and is a direct violation of multiple instances of 18 USC 77. 42 USC 408. As per my rights under 20 CFR 422.104 I attempted to remove an unauthorized soc[ial] security number from their records. Pursuant to 42 USC 1994, PEONAGE is abolished and I am requesting civil remedy outlined in 18 USC 1595. I believe that I was discriminated against because of my National Origin, in violation of Title VII of the C Rights Act of 1964, as amended. |
| 10978639 | Intake Interview | 2024-09-20T10:39:14.810409 | Charge No: 450-2024-12014<br>Date: 20 September 2024<br>Person Interviewed: Robert Bautista<br>Manner of Interview (in person, by telephone, etc.): Telephone<br>Location of Interview: Telework<br>Interviewer: Avie Murrell<br>If others are present, identify:<br>• Discussed the EEOC process with CP: Yes, CP was counseled on EEOC's role in enforcing employment discrimination laws. CP was counseled on the laws, statutes, timeliness, and processes f filing a charge. DDO investigative process, including ADR was also explained to the CP.<br>Who did you work for? PRICE WATERHOUSE COOPERS<br>• HR representatives name and email?<br>• How many employees are within the organization?<br>• CP Job Title: Lena Schaffer, HR<br>HR Manager Tina Belanger tina.belanger@pwc.com |

| Created By | Posted On | Subject | Notes |
|---|---|---|---|
| | | | Michael Moore michael.moore@pwc.com |

Michael Moore michael.moore@pwc.com

- the basis is national origin/ethnicity (other) us national
- Explain to me what objectionable or offensive treatment you have been subjected to? Or what discrimination has occurred? Wage and hour said talk to EEOC or IRS directly. They are failing to(reply) with request. Learned new information about himself-was not supposed to be classified as us citizen, is us national. Sent in a new I-9, correct form because was supposed to us W8BN not W-4. The company refusing to update the documentation and CP is trying to exhaust all avenues so he is not held liable if there is any issues down the road.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CP was counseled on the laws, statute timelines, and processes for filing a charge. DDO investigative process was explained to CP. CP expressed an understanding of these rights and indicated he would like to move forward with filing the charge.

## RASHEEDAH MCDONALD

**From:**     JUAN MUNOZ
**Sent:**     Monday, September 30, 2024 1:45 PM
**To:**       Robert Bautista
**Subject:**  RE: Form 5 Charge of Discrimination 450-2024-12014

You may make the requested changes directly on the firm before signing and submitting.

Juan F. Muñoz
Supervisor Federal Investigator
Dallas District EEOC
(Equal Employment Opportunity Commission)

Fax: 214-253-2720

**From:** Robert Bautista <rbrtbtst16@gmail.com>
**Sent:** Monday, September 30, 2024 1:43 PM
**To:** JUAN MUNOZ <JUAN.MUNOZ@EEOC.GOV>
**Subject:** Re: Form 5 Charge of Discrimination 450-2024-12014

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Juan,

Thank you for following up with me.

The employer information should state

Pricewaterhouse Coopers LLP
2121 N Pearl St Suite 2000
Dallas TX 75201

And it's over 500 employees. It's a global accounting firm so I am not sure how many employees there are

On Mon, Sep 30, 2024 at 8:47 AM JUAN MUNOZ <JUAN.MUNOZ@eeoc.gov> wrote:

> Please see attached for your review and signature. We received your suggested changes but it is unclear in which manner you wished the language to be changed. Please make changes as you prefer, sign, and return to complete processing,

## RASHEEDAH MCDONALD

**From:** JUAN MUNOZ
**Sent:** Monday, September 30, 2024 8:47 AM
**To:** Rbrtbtst16@gmail.com
**Subject:** Form 5 Charge of Discrimination 450-2024-12014
**Attachments:** Form 5 Charge of Discrimination (31).docx

Please see attached for your review and signature. We received your suggested changes but it is unclear in which manner you wished the language to be changed. Please make changes as you prefer, sign, and return to complete processing,

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ EEOC<br>☐ FEPA | 450-2024-12014 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. ROBERT A. BAUTISTA | 702-501-9639 | 1991 |

| Street Address |
|---|
| PO BOX 131385 |
| DALLAS, TX 75313 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PRICE WATERHOUSE COOPERS | Under 15 Employees | |

| Street Address |
|---|
| 2001 ROSS AVE STE 1800 |
| DALLAS 75201 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin | 07/01/2024 | 09/20/2024 |
| | Continuing Action | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My employer PRICEWATERHOUSE COOPERS LLP fails to recognize my nationality as per 8 USC 1101(a)(22-23) and 18 USC 11. I was misinformed and attempted to update their incorrect records with my W8BEN and I9 on 8/22/2024. I made multiple attempts to inform correct personnel and yet they continue to perpetuate felonies outlined in 42 USC 408, 18 USC 4. These wrongdoers are perpetuating a human rights violation as per The UN Declaration of Human Rights, Article 15, Section 2. They continue to withhold incorrect taxes from my paycheck and is a direct violation of multiple instances of 18 USC 77 and 42 USC 408. As per my rights under 20 CFR 422.104 I attempted to remove an unauthorized social security number from their records. Pursuant to 42 USC 1994, PEONAGE is abolished and I am requesting civil remedy outlined in 18 USC 1595.

I believe that I was discriminated against because of my National Origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Date Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# INQUIRY INFORMATION

## INQUIRY OFFICE

**Receiving:** Dallas District Office
**Accountable:** Dallas District Office

## POTENTIAL CHARGING PARTY

**Name:** Mr. ROBERT A. BAUTISTA
**Address:** PO BOX 131385
DALLAS, TX 75313
**Year of Birth:** 1991
**Email Address:** rbrtbtst16@gmail.com
**Phone Number:** 702-501-9639

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male
**Disabled?** No
**Are you Hispanic or Latino?** Yes
**Ethnicity:** Hispanic or Latino
**National Origin:** Other Origin

## RESPONDENT/Employer

**Organization Name:** PRICE WATERHOUSE COOPERS
**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for
**Number of Employees:** 20 or more employees
**Address:** 2121 N Pearl St Suite 2000
Dallas, TX 75201
**County:** Dallas
**Phone Number:**

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:** 2121 N PEARL ST SUITE 2000
DALLAS, TX 75201
**County:**

## RESPONDENT CONTACT

**Name:** Zachary Stern
**Email Address:** Zachary.stern@pwc.com
**Phone Number:**
**Title:**

## REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 08/22/2024

**Reason for Complaint:** National origin and/or ethnicity

**Pay Disparity:**

**Location of Incident:** Texas

**Submission (initial inquiry) Date:** 09/19/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 450-2024-12014

**Claim previously filed as complaint with another Agency?** Yes

**Agency Name:** DEPT OF LABOR Wage and Hour Division

**Approximate Date of Filing:** 09/17/2024

**Nature of Complaint:** SAME

## ADVERSE ACTION(s)

My employer PRICEWATERHOUSE COOPERS LLP fails to recognize my nationality as per 8 USC 1101(a)(22-23) and 18 USC 11. I was misinformed and attempted to update their incorrect records with my W8BEN and I9 on 8/22/2024. I made multiple attempts to inform correct personnel and yet they continue to perpetuate felonies outlined in 42 USC 408, 18 USC 4. These wrongdoers are perpetuating a human rights violation as per The UN Declaration of Human Rights, Article 15, Section 2. They continue to withhold incorrect taxes from my paycheck and is a direct violation of multiple instances of 18 USC 77 and 42 USC 408. As per my rights under 20 CFR 422.104 I attempted to remove an unauthorized social security number from their records. Pursuant to 42 USC 1994, PEONAGE is abolished and I am requesting civil remedy outlined in 18 USC 1595.

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 06/18/2025

# **Supplemental Information**

**What Reason(s) were you given for the action taken against you?**

    The company fails to perform on my request to update my personal information and is perpetuating felonies that I do not want to be a party to

**Was anyone in a similar situation treated the same, better, or worse than you?**

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

**Please tell us any other information about your experience.**

 Gmail

EXHIBIT E

Robert Bautista <rbrtbtst16@gmail.com>

**FW: HR Case HRC1945864 resolved for Payroll Portal: View & Update W4 (Federal, State, Local)**
1 message

**Robbie Bautista (US)** <robbie.bautista@pwc.com>
To: Robert Bautista <rbrtbtst16@gmail.com>



Best regards,

Shebaaz

HC Care Team.

**SS** Shebaaz Shaik

Please find the attached knowledge base article for your

KB0150589 : W-2 & W-4 Tax Form

Robert Bautista

User Robert Bautista has initiated a Payroll Portal reques

Robert Bautista

**W8 & I9 SIGNED COPY.pdf**
674 KB

Robert Bautista

HRC1945864 Created

Start

HC Care Team: 1-877-PwC-help (1-877-792-





**Robbie Bautista**

PwC | Associate | Real Estate Tax

Dallas | +1 (702) 861 1299

PwC US Tax LLP

pwc.com/realestate

**From:** People Path Notification <pwchc1@service-now.com>
**Sent:** Wednesday, August 28, 2024 10:56 AM
**To:** Robbie Bautista (US) <robbie.bautista@pwc.com>
**Subject:** HR Case HRC1945864 resolved for Payroll Portal: View & Update W4 (Federal, State, Local)



Hello Robert Bautista,

Our records indicate your HR Case has been resolved. Please review the resolution notes below.

If that's correct, we will go ahead and close your HR Case. Please submit feedback by clicking the Provide Feedback button. If not, please let us know by using the Reopen HR Case button a

**HRC1945864** : **Payroll Portal: View & Update W4 (Federal, State, Local)**

HR Case Resolution Notes: **Hello Robert,**

**Hope this email reaches you in good health.**

**We discussed with our Payroll managers regarding the same and they provided us the resolution that Payroll team do not work with any W-8BEN form and as per our resear**

**Should you have any concerns, feel free to revert to this email or contact us at 1877-PWC-HELP [08:30 AM to 06:30 PM ET].**

**Regards,**
**Siddhartha**
**HC Care Team**

Please spare two minutes of your time to complete our survey and provide feedback about your experience:

| Provide Feedback |
|---|

| Reopen HR Case |
|---|

Thank you,

People Path

Ref:MSG17200685_V9d6LxviJVzf6IAWCnA

The information transmitted, including any attachments, is only for the intended recipient and may contain confidential and/or privileged material. Any review, retransmission, dissemination or disclaimed. If you received this in error, please contact the sender and delete the material from any computer and destroy any copies.

If the content of this email includes tax advice, the advice is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potent

PwC refers to one or more US member firms of the PwC network. Each member firm is a separate legal entity. Please see www.pwc.com/structure for further details.

**2 attachments**

📎 **Clarification of nationality and novation of all employment contracts.pdf**
   96K

📎 **W8 & I9 SIGNED COPY.pdf**
   675K

 Gmail

EXHIBIT F

Robert Bautista <rbrtbtst16@gmail.com>

**(no subject)**
1 message

**Robbie Bautista (US)** <robbie.bautista@pwc.com>
To: Robert Bautista <rbrtbtst16@gmail.com>



**Robbie Bautista**

PwC | Associate | Real Estate Tax

Dallas | +1 (702) 861 1299

PwC US Tax LLP

pwc.com/realestate

---

The information transmitted, including any attachments, is only for the intended recipient and may contain confidential and/or privileged material. Any review, retransmission, dissemination or disclaimed. If you received this in error, please contact the sender and delete the material from any computer and destroy any copies.

If the content of this email includes tax advice, the advice is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potent

PwC refers to one or more US member firms of the PwC network. Each member firm is a separate legal entity. Please see www.pwc.com/structure for further details.

---

 Gmail

EXHIBIT G

Robert Bautista <rbrtbtst16@gmail.com>

## FW: Additional Questions
1 message

**Robbie Bautista (US)** <robbie.bautista@pwc.com>
To: Robert Bautista <rbrtbtst16@gmail.com>



Robbie Bautista

PwC | Associate | Real Estate Tax

Dallas | +1 (702) 861 1299

PwC US Tax LLP

pwc.com/realestate

**From:** Robbie Bautista (US) <robbie.bautista@pwc.com>
**Sent:** Monday, September 16, 2024 10:20 AM
**To:** Tina Belanger (US) <tina.belanger@pwc.com>
**Cc:** Michael Moore (US) <michael.moore@pwc.com>
**Subject:** RE: Additional Questions

Hi Tina,

I have once again attached the letter describing my status, and the answer to your questions. I find you email disconcerting, and it aligns with the dismissive pattern of everyone I
read the letter in its entirety.

On our call I stated that I had recently learned new information, prompting the need to update my information. The second paragraph on the second page clearly outlines the answ

"In accordance with how the United States is defined in 28 USC 3002(15) and described in UCC 9 - 307(h), I, as the agent, do not reside or domicile in the United States. Myself, as th
a U.S. person. Myself, as the agent, am not a 14th Amendment citizen. I have one or more points of 8 USC 1408 that apply to me and I have been a national, but not citizen, since bi
for my lack of study and focus in this subject to truly understand the situation."

**Robbie Bautista**

PwC | Associate | Real Estate Tax

Dallas | +1 (702) 861 1299

PwC US Tax LLP

pwc.com/realestate

**From:** Tina Belanger (US) <tina.belanger@pwc.com>
**Sent:** Thursday, September 12, 2024 10:42 AM
**To:** Robbie Bautista (US) <robbie.bautista@pwc.com>
**Cc:** Michael Moore (US) <michael.moore@pwc.com>
**Subject:** Additional Questions

Hi Robbie,

We have a couple of additional questions for you. Can you please review and respond as soon as possible?

1.  Why is this happening now - what changed? When you joined the firm you were a US citizen.

2.  If you're not a US citizen or resident alien, what is the nature of your lawful status in the US?

Thank you,

**Tina Belanger (She/her/hers)**

Payroll Senior Manager

**Mobile** 813-748-7482

**Email** tina.belanger@pwc.com

4040 W Boy Scout Blvd, Tampa, FL 33607



The information transmitted, including any attachments, is only for the intended recipient and may contain confidential and/or privileged material. Any review, retransmission, dissemination or
by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the mate

If the content of this email includes tax advice, the advice is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potent

PwC refers to one or more US member firms of the PwC network. Each member firm is a separate legal entity. Please see www.pwc.com/structure for further details.

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ROBERT ALLEN BAUTISTA®/AGENT

**DEFENDANTS**

PRICEWATERHOUSE COOPERS LLP

**(b)** County of Residence of First Listed Plaintiff   **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **DALLAS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ROBERT ALLEN BAUTISTA®/ATTORNEY - IN - FACT

Attorneys *(If Known)*

RECEIVED

OCT 1 5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |    Liability   ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &    Pharmaceutical    Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |    Liability   ☐ 368 Asbestos Personal ☐ 340 Marine    Injury Product ☐ 345 Marine Product    Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |    Liability   **PERSONAL PROPERTY** ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract |    Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage |    Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |    Injury   ☐ 385 Property Damage ☐ 362 Personal Injury -    Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| |    Medical Malpractice |    Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability |    Accommodations   ☐ 530 General | | 26 USC 7609 | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| |    Employment   **Other:** ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other    Other   ☐ 550 Civil Rights ☐ 448 Education   ☐ 555 Prison Condition ☐ 560 Civil Detainee -    Conditions of    Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1595

Brief description of cause:
DISCRIMINATION OF NATIONALITY

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
257,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
10/14/2024

WITHOUT RECOURSE
WITHOUT PRESUDICE

SIGNATURE OF ATTORNEY OF RECORD
BY: *Robert Bautista* /agent    *Robert Allen Bautista* /attorney-in-fact

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____