# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'24 OCT 15 PM 1:54

ROBERT ALLEN BAUTISTA®/AGENT
Plaintiff

v.

3-24CV2593-D

Civil Action No.

PRICEWATERHOUSE COOPERS LLP
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

ROBERT ALLEN BAUTISTA®/ATTORNEY-IN-FACT

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

PRICEWATERHOUSE COOPERS INTERNATIONAL LIMITED

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Pricewaterhouse Coopers LLP
D-U-N-S number: 089356443

| | |
|---|---|
| Date: | 10/14/2024 |
| Signature: | WITHOUT PREJUDICE WITHOUT RECOURSE BY: *[signature]* Robert Allen Bautista /agent |
| Print Name: | ROBERT ALLEN BAUTISTA® |
| Bar Number: | |
| Address: | PO BOX 131385 |
| City, State, Zip: | DALLAS TEXAS 75313-1385 |
| Telephone: | 702-501-9639 |
| Fax: | 702-729-3010 |
| E-Mail: | RBRTBTST16@GMAIL.COM |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.