Civil Action No.   **3:24-CV-2593-D**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **PRICEWATERHOUSE COOPERS LLP**
was recieved by me on  **10/21/2024:**

- [X] I personally served the summons on the individual at **4040 W Boy Scout Blvd, Tampa, FL 33607** on **10/25/2024 at 11:10 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/25/2024

_____
*Server's signature*

**James Rogers**
*Printed name and title*

**8407 N. LAMAR AVENUE
TAMPA, FL 33604**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Citation; Petition, to PRICEWATERHOUSE COOPERS LLP with identity confirmed by receptionist refused to provide name she was wearing a name tag that stayed at her name first name is jessika. The individual tried to refuse service by refusing to take documents and not authorized to take papers (documents left, seen by subject). The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.
Jessika stated she is not authorized to take papers. I would have to serve the litigation group. Refused to provide contact information for the litigation group. I left the papers on the receptionist desk in plain sight of the individual. Jessika to refuse to give last name.**




Tracking #: **0146990346**