IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT ALLEN BAUTISTA** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 3:24-cv-02593-D |
| **PRICEWATERHOUSECOOPERS LLP,** | § § § | |
| **Defendant.** | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ABATE AND COMPEL ARBITRATION

The Court has considered Defendant's Unopposed Motion to Abate and Compel Arbitration and Brief in Support ("Motion"). The Court is of the opinion that the Motion is well taken and should be granted.

It is hereby ORDERED that Plaintiff's claims in this action shall be submitted to final and binding arbitration pursuant to the terms of the parties' arbitration agreement.

It is further ORDERED that the above-captioned lawsuit be ABATED pending the resolution of the arbitration of this matter.

IT IS THEREFORE ORDERED.

SIGNED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE