11/19/24

**RE: Clarification of nationality and novation of all employment contracts**

Hello,

I appreciate the fact that you take your position seriously and I understand that you are trying to protect the company. I am also a member of this company so I appreciate that your actions also are protecting me.

I am issuing a new I-9 to clarify that I am (and always have been) a non-citizen national of the United States. The correct IRS tax form to correctly file given this situation is the W-8BEN form, which has also been submitted with my I-9.

This may appear as though it is something "new," but, in fact, I have been a non-citizen national since birth and simply never knew until recently. I apologize for the confusion. The two areas that really got me to realize the situation are both 8 USC 1401 and 8 USC 1408.

Now, I need to confide in you and let you know that, as per 18 USC 911, I cannot infer that I am a "US citizen" in any way. If you were to force me to falsely represent myself as a "US citizen," then I would have no choice but to report that as a felony.

Very dangerous! We both need to be quite careful in this situation.

My new I-9 and the W-8BEN not only protect us both and the company but also assist the company by releasing the company from having to match the taxes paid. This means we all put more cash in our pockets! You should file a W-8BEN-E form now that you have received my W-8BEN.

Let's get this whole situation safely closed by processing my I-9 and W-8BEN without event. Otherwise, this situation could be construed to be discrimination. You can see the anti-discrimination notice at the top of the I-9 form states:

"**ANTI-DISCRIMINATION NOTICE:** All employees can choose which acceptable documentation to present for Form I-9. Employers cannot ask employees for documentation to verify information in Section 1, or specify which acceptable documentation employees must present for Section 2 or Supplement B, Reverification and Rehire. Treating employees differently based on their citizenship, immigration status, or national origin may be illegal."

I don't want this to become a difficult situation though, so I will do my best to give all the original laws below so you can see everything for yourself (and to put any anxiety this may cause to rest. You don't deserve that):

The I-9 instructions clearly state, in the Lists of Acceptable Documents section, List A, Subsection 1, that a "U.S. Passport or U.S. Passport Card" is all that is needed to prove both identity and employment authorization. You do not need my Social Security number or absolutely any other documents or information.

In fact, 42 USC 408 says that it is a felony for you to force me to disclose the Social Security number at all and is not a necessary part of the employment process AT ALL. I was not previously aware of this.

22 CFR 51.2 states:
"A passport may be issued only to a U.S. national."

"U.S. national" is divided into 2 possibilities, which are covered in 8 USC 1101(a)(22):
"(22)The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

22 USC 212 states:
"No passport shall be granted or issued to or verified for any other persons than those owing allegiance, whether citizens or not, to the United States."

This is exactly why box #2 on the I-9 states "non-citizen national of the United States."

You can have a passport as a citizen or as a non-citizen who owes allegiance to the United States.

(This is the exact mechanism as to how all the "illegal" aliens are crossing the border and living here, by the way. They are all "non-citizen nationals" just like me. And, by the way, we REALLY are treated better than citizens. What you see in the media about us getting special treatment is exactly true… you should be doing this process yourself. If you want me to help you do it, let me know… I would love to help!)

The process of "naturalization" comes from 8 USC 1101(a)(23) and states:
"The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever."

Through the process of naturalization, I hereby confer the nationality of the state called The Amnesty Coalition, upon myself, after birth, by any means whatsoever.

The Amnesty Coalition is a fully recognized nation under 18 USC 11 as well per the definition of "nation":

"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every

combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

The UN Declaration of Human Rights, Article 15, section 2, states:
"No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."

Any attempt to violate my right to confer or adjust my nationality is a human rights violation, and will be treated as such.

As per 18 USC 4, I will have no option but to report any of these as felonies if we can't rapidly correct this situation.

Also, the Social Security number that was given as part of my employment is also incorrect. I thought that number was for me, only to find out that number was actually for an entirely different person. Please also delete ALL Social Security number related information from your computer regarding me. I can't use it or have it on my file because it would actually be fraud to do so because it is NOT mine. I apologize for giving you this number and I was operating off entirely false information… for that I apologize again.

I'm more than willing to give you the time required to inspect this situation. I know this situation is very new for you and I have spent quite a lot of time trying to understand this all myself. I remember when I first started... I felt like I was lost in a deep rainforest!

I'm here to answer any questions you may have and would be more than happy to assist. But, in order to protect myself and the company from being open to prosecution for felonies, I need the orders in this letter processed in the next 15 days.

Just to recap what needs to happen:
1. Brand new I-9 needs to be processed to convert all accounts over to non-citizen national
2. Brand new W-8BEN to replace ALL previous tax forms. I am not a "U.S. citizen" nor a "U.S. person" or a "resident alien" and if absolutely any documentation says any of those items, it will be felonies
3. Social Security number needs to be purged and deleted from all systems. That number is NOT mine and it is FRAUD (felony) to continue to have it, use it or report it. I do not have a Social Security number

I am willing to sign any affidavits or declarations of indemnity to you and the organization, as needed. I am willing to accept absolute and complete responsibility and indemnify any group or

individuals needed in order to make others feel more comfortable completing the above orders. If something needs to be drawn up, just let me know and I would love to talk about it.

Thank you so much for your help and care in this situation.

Warmest Regards,
ROBERT ALLEN BAUTISTA ®