IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-02593-D |
| | § | |
| PRICEWATERHOUSECOOPERS LLP, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S REQUEST TO RESPOND TO PLAINTIFF'S MOTIONS (Dkt. 9, Dkt. 10, and Dkt. 12) BY DECEMBER 26, 2024

The Court granted Defendant's Unopposed Motion to Abate and Compel Arbitration on November 18, 2024 (Dkt. 8), and Defendant initiated the Arbitration Proceedings accordingly (JAMS Ref No. 5310001074). Subsequently, Plaintiff seemingly had a change of heart and filed a slew of pleadings seeking to "reopen" the case and resist arbitration: First Motion to Alter Judgment (Dkt. 9); Counter Motion to Reopen Case (Dkt. 10); Motion to Reopen the Case. (Dkt. 12) (collectively, "Plaintiff's Motions").[1]

Plaintiff has no legal basis for reopening the case and Defendant is preparing a response to Plaintiff's Motions. Defendant asks that the Court allow it to file its collective Response on the latest of the response dates, December 26, 2024.

---

[1] Plaintiff also filed an Amended Complaint (Dkt. 11). Defendant objects to the filing of the Amended Complaint.

**DEFENDANT'S REQUEST TO RESPOND TO PLAINTIFF'S MOTION TO REOPEN CASE          PAGE 1**

Respectfully submitted,

*/s/ Kristin Snyder Higgins*
KRISTIN SNYDER HIGGINS
Texas State Bar No. 24046880
kristin.higgins@ogletree.com
NATALIE A. DARGENE
Texas Bar No. 24144213
Admission to Northern District of Texas pending
natalie.dargene@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Undersigned counsel communicated with Plaintiff on December 11, 2024, regarding the relief sought herein, but did not hear back from him as to whether he was opposed or unopposed.

*/s/ Kristin Snyder Higgins*
Kristin S. Higgins

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kristin Snyder Higgins*
Kristin S. Higgins