IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:24-CV-2593-D |
| | § | |
| PRICEWATERHOUSECOOPERS LLP, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's request to respond to plaintiff's motions is granted as follows.[1] Defendant may file its collective response to plaintiff's November 20, 2024 motion to alter judgment (ECF No. 9) and December 5, 2024 motion to reopen case (ECF No. 12) no later than December 26, 2024.[2] Plaintiff must file any reply to the collective response no later than January 9, 2025.

**SO ORDERED**.

December 12, 2024

SIDNEY A. FITZWATER
SENIOR JUDGE

---

[1] Because this motion relates to scheduling and presents a request within the court's discretion, it is being decided without awaiting a response.

[2] Defendant includes in its request plaintiff's November 25, 2024 filing, docketed as ECF No. 10. The court does not consider that filing to be a separate motion. It is more in the nature of a proposed order form.