Robert Bautista <rbrtbtst16@gmail.com>

## Lawsuit against PwC - Arbitration Agreement [ODNSS-OGL.240624.000057]
7 messages

---

**Higgins, Kristin Snyder** <kristin.higgins@ogletree.com>  Thu, Nov 14, 2024 at 11:31 AM
To: "rbrtbtst16@gmail.com" <rbrtbtst16@gmail.com>, "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>
Cc: "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Mr. Bautista,

We represent PwC with respect to the claims you have brought against it in the Northern District of Texas. While the delivery of the Complaint to a receptionist in Tampa was not proper service under the Rules of Procedure, we are aware of the suit and intend to appear. Note, though, you signed an Arbitration Agreement with PwC. Therefore, we will be moving to compel your case to arbitration. Please let us know if you agree so that we can move quickly to get this into the correct forum.

Thanks,

Kristin

**Kristin Snyder Higgins | Ogletree Deakins**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-414-0066
kristin.higgins@ogletree.com | www.ogletree.com | Bio
*Board Certified - Labor and Employment Law - Texas Board of Legal Specialization

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

---

 **101077059 AGREEMENTS.pdf**
182K

---

**Robert Bautista** <rbrtbtst16@gmail.com>  Fri, Nov 15, 2024 at 2:21 PM
To: "Higgins, Kristin Snyder" <kristin.higgins@ogletree.com>
Cc: "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>, "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Hi Kristin,

Yes, please proceed with the arbitration process.
[Quoted text hidden]

---

**Higgins, Kristin Snyder** <kristin.higgins@ogletree.com>  Fri, Nov 15, 2024 at 2:34 PM
To: Robert Bautista <rbrtbtst16@gmail.com>
Cc: "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>, "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Thank you, Mr. Bautista. We will send you a copy of the motion we are filing with the court and then will be in touch next week.

On Nov 15, 2024, at 2:21 PM, Robert Bautista <rbrtbtst16@gmail.com> wrote:

**[Caution: Email received from external source]**

Hi Kristin,

[Quoted text hidden]

[Quoted text hidden]

---

**Higgins, Kristin Snyder** <kristin.higgins@ogletree.com>  Wed, Nov 20, 2024 at 10:03 AM
To: Robert Bautista <rbrtbtst16@gmail.com>
Cc: "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>, "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Mr. Bautista,

We are preparing to initiate your case with JAMS, the arbitration venue, today.   This will include providing JAMS with a copy of your complaint and all of your claims will be litigated there, pursuant to your arbitration agreement.

Kristin

**Kristin Snyder Higgins | Ogletree Deakins**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-414-0066
kristin.higgins@ogletree.com | www.ogletree.com | Bio
*Board Certified - Labor and Employment Law - Texas Board of Legal Specialization

---

**From:** Robert Bautista <rbrtbtst16@gmail.com>
**Sent:** Friday, November 15, 2024 2:21 PM
**To:** Higgins, Kristin Snyder <kristin.higgins@ogletreedeakins.com>
**Cc:** robert.bautista16@yahoo.com; Dargene, Natalie <natalie.dargene@ogletreedeakins.com>
**Subject:** Re: Lawsuit against PwC - Arbitration Agreement [ODNSS-OGL.240624.000057]

**[Caution: Email received from external source]**

Hi Kristin,

[Quoted text hidden]
[Quoted text hidden]

---

**Robert Bautista** <rbrtbtst16@gmail.com>  Wed, Nov 20, 2024 at 2:30 PM
To: "Higgins, Kristin Snyder" <kristin.higgins@ogletree.com>

Cc: "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>, "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Hi Kristin Snyder,

When can I expect JAMS to contact me?

[Quoted text hidden]

---

**Robert Bautista** <rbrtbtst16@gmail.com>                               Fri, Nov 22, 2024 at 11:24 AM
To: "Higgins, Kristin Snyder" <kristin.higgins@ogletree.com>
Cc: "robert.bautista16@yahoo.com" <robert.bautista16@yahoo.com>, "Dargene, Natalie" <natalie.dargene@ogletreedeakins.com>

Kristin,

After reviewing the arbitration agreement and the laws regarding arbitration. I am asserting my rights in this matter and have submitted a motion to alter judgement and reopen the case

[Quoted text hidden]

**2 attachments**

📄 **ORDER ON MOTION TO PREVENT UNOPPOSED MOTION TO ABATE AND COMPEL ARBITRATION.pdf**
124K

📄 **ORDER REOPENING CASE.pdf**
109K

---

**Robert Bautista** <rbrtbtst16@gmail.com>                               Fri, Nov 22, 2024 at 11:30 AM
To: "Higgins, Kristin Snyder" <kristin.higgins@ogletree.com>

[Quoted text hidden]

**2 attachments**

📄 **ORDER ON MOTION TO PREVENT UNOPPOSED MOTION TO ABATE AND COMPEL ARBITRATION.pdf**
124K

📄 **ORDER REOPENING CASE.pdf**
110K