# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT ALLEN BAUTISTA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-02593-D |
| | § | |
| **PRICEWATERHOUSECOOPERS LLP,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

The Court has considered Defendant's Motion to Extend Time to Respond to Plaintiff's Motion for Leave to Amend Complaint ("Motion"). The Court is of the opinion that the Motion is well taken and should be granted.

It is hereby ORDERED that Defendant may have through and including January 21, 2025, to file their responsive pleading.

IT IS THEREFORE ORDERED.

SIGNED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

87485390.v1-OGLETREE