IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:24-CV-2593-D |
| | § | |
| PRICEWATERHOUSECOOPERS LLP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant's January 10, 2025 motion to extend time to respond to plaintiff's motion for leave to amend complaint is granted, and defendant must file its response no later than January 21, 2025.*

**SO ORDERED**.

January 13, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

---

*Because this motion relates to scheduling, presents a request within the court's discretion, and requests only a brief extension, it is being decided without awaiting a response.