IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT ALLEN BAUTISTA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-02593-D |
| | § | |
| **PRICEWATERHOUSECOOPERS LLP,** | § | |
| | § | |
| Defendant. | § | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO RESPOND TO PLAINTIFF'S MOTIONS

The Court has considered Defendant's Request to Respond to Plaintiff's Motions ("Request"). The Court is of the opinion that the Request is well taken and should be granted.

It is hereby ORDERED that Defendant shall file its collective Response to Motion to Amend Complaint (Dkt. 23); 3rd Motion to Amend Complaint (Dkt. 24); Motion to Abate Arbitration Proceedings and Reopen the Case (Dkt. 25) (collectively, "Plaintiff's Motions") no later than March 6, 2025.

IT IS THEREFORE ORDERED.

SIGNED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

88237389.v1-OGLETREE