IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ALLEN BAUTISTA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. 3:24-CV-2593-D |
| § | |
| PRICEWATERHOUSECOOPERS LLP, § | |
| § | |
| Defendant. § | |

**ORDER**

Any opposition response to defendant's February 24, 2025 request to respond to plaintiff's motions must be filed no later than February 26, 2025. The court will decide the request without considering a reply to the response unless it requests a reply.

**SO ORDERED**.

February 25, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE