IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2593-D |
| | § | |
| PRICEWATERHOUSECOOPERS LLP, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S
## REQUEST TO RESPOND TO PLAINTIFF'S MOTIONS

The court has considered defendant's February 24, 2025 request to respond to plaintiff's motions ("Request") and plaintiff's opposition reply, filed February 25, 2025. The court is of the opinion that the Request is well taken and should be granted.

Accordingly, it is ordered that defendant must file its combined response to motion to amend complaint (ECF No. 23), third motion to amend complaint (ECF No. 24), and motion to abate arbitration proceedings and reopen the case (ECF No. 25) no later than March 6, 2025.

Plaintiff's February 25, 2025 motion for sanctions is denied.

**SO ORDERED**.

February 25, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE