IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:24-CV-2593-D |
| | § | |
| PRICEWATERHOUSECOOPERS LLP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff's May 12, 2025 motion to the court regarding the formal objection to arbitrability and request for relief is denied. Plaintiff must seek such relief, if any, as is available after a final award has been has been entered.

In view of the entry of this order, defendant's June 2, 2025 motion for clarification and, in the alternative, for extension of time to respond to plaintiff's motion is denied without prejudice as moot.

Plaintiff's June 5, 2025 motion for hearing on pending motions is denied.

**SO ORDERED**.

June 5, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE